EISELE, Appellant, v. RODGERS, Respondent. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Frank Eisele, as administrator, against John C. Rodgers. G. D. Lamb, for appellant. F. V. Johnson, for respondent. No opinion. Judg-

ment and order affirmed, with costs. Order filed.

PATTERSON, P. J., and McLAUGHLIN, J., dissent.